UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
WILLIAM POLSON, JR.,

                              Plaintiff,

    v.                                                9:08-CV-030

ROBERT K. WOODS, et al.,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## **DECISION and ORDER**

       This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

       No objections to the June 23, 2009 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

       It is, therefore, ORDERED that Defendant Woods' motion to dismiss be GRANTED and all claims be dismissed as to him with prejudice.

IT IS SO ORDERED.

Dated: July 14, 2009

                                                   Thomas J. McAvoy
                                                   Senior, U.S. District Judge